THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LAWRENCE H. ST. CLAIR, Appellant.

*People* v. *St Clair*, 90 App. Div. 239, reversed.
(Submitted October 7, 1904; decided October 25, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1904, which affirmed a judgment of the Court of Special Sessions of the city of New York, convicting the defendant of a violation of section 675 of the Penal Code.

*James W. Osborne*, *Otto T. Hess* and *William M. Wherry, Jr.*, for appellant.

*William Travers Jerome*, *District Attorney* (*Howard S. Gans* of counsel), for respondent.

Judgment of conviction reversed and defendant discharged on the authority of *People* v. *Weiler* (179 N. Y. 46).

Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ.   Absent: GRAY and HAIGHT, JJ.